CALEB L. MCGILLVARY
#1222665/SBI #1023176
NJSP PO BOX 861 TRENTON, NJ 08625

SEPTEMBER 17, 2024

CLERK OF THE DISTRICT COURT
U.S.D.C. - D.DE
844 N. KING ST. UNIT 18
WILMINGTON, DE 19801

RE: MCGILLVARY V. GRANDE
DOCKET NO.: 1:22-cv-01342-JLH
HON. JENNIFER L. HALL, USDJ.

DEAR CLERK;

PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET & FORWARD TO THE U.S. MARSHAL MY USM-285 FORM FOR TODD GRANDE, RESPONSIVE TO THE COURT'S 9/13/24 ORDER; D.I. 52; IN THE ABOVE-CAPTIONED MATTER

THANK YOU,

CALEB L. MCGILLVARY

FILED
SEP 25 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C MCGILVARY
#1222665/SBI#1023174
NJSP PO BOX 861
TRENTON, NJ
08625

CERTIFIED MAIL

TRENTON NJ 085
23 SEP 2024 PM 6 L

7004 1350 0004 0478 2315

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 009.92
0000931903   SEP 23 2024
MAILED FROM ZIP CODE 08611

U.S.M.S.
X-RAY

CLERK
US DIST. CT. - D.D.E.
844 N KING ST. UNIT 18
WILMINGTON, DE
19801

FILED
SEP 2 5 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LEGAL MAIL