OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

October 21, 2024

**Caleb L. McGillvary**
**SBI# 102317G**
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

**RE: 1:22-cv-01342-JLH McGillvary v. Grande – Status of Service on Defendant Grande**

Dear Mr. McGillvary,

    This is in response to your letter received on 10/21/2024 requesting the status of service on defendant Todd Grande. Your case is assigned to the Honorable Jennifer L. Hall and is pending before the Court.

    The USM 285 forms were received and processed on 9/25/2024. On 9/27/2024 a USM 285 summons and letter with alternate address for defendant Grande were received and processed.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

Randall Lohan
CLERK

s/jfm
cc: The Honorable Jennifer L. Hall