Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



FILED
DEC 20 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Todd Grande<br>    DEFENDANT | ) CIVIL ACTION NO.<br>) 1:22-cv-01342-JLH<br>) Hon. Jennifer L. Hall, USDJ<br>)<br>) Motion Date: To be determined<br>) by the Court<br>) |

### DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER RULE 4(m)

I, Caleb L. McGillvary, hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) I have been granted leave to proceed in forma pauperis, and have duly requested the Court to order that process be served by the Clerk and the US Marshal at public expense pursuant to 28 USC 1915(d); ECF 9.

3.) On September 13, 2024, the Court issued an order directing the US Marshal to serve process upon Defendant Todd Grande ("Defendant") in this matter; and granting me an extension of 90 days in which to serve process. In this order,

1

the Court directed me to send USM-285 forms to the clerk, for a waiver of service to be sent to Defendant. In the event he refused to sign same, I was to send in an additional USM-285 form and a completed summons for personal service on Defendant. ECF 52.

4.) On September 25, 2024, my USM-285 forms responsive to the Court's 9/13/24 order were entered onto the docket and forwarded to the US Marshal. ECF 53.

5.) On October 21, 2024, mt letter requesting an update on service of process was entered onto the docket. ECF 55.

6.) On October 21, 2024, the Clerk responded to my letter indicating that service was still pending upon Defendant. ECF 56.

7.) On November 25, 2024, the Marshal entered onto the docket that the USM-285 forms were returned unexecuted, because the ever-elusive Defendant refuses to sign a waiver of service.

8.) On today's date, I have filed a completed summons and an additional USM-285 form with Defendant's current address and the address of his attorney, an agent authorized to receive process on his behalf.

9.) I have acted with diligence in effecting service, which included asking numerous friends to help me scour the internet and private investigation databases for addresses at which to serve process upon the Defendant; and filling out and submitting to the Clerk completed summons and USM-285 forms

for the Defendant. I have acted with good faith and diligent effort to effect service upon Defendant.

10.) For all the foregoing reasons, and for all the reasons in my attached motion, I request in good faith that the Court should grant my motion for extension of time for service under Rule 4(m).

I declare under penalty of perjury that the foregoing statements are true and accurate.

Executed this 2 day of DECEMBER, 20 24

Date: 12/2/24

Caleb L. McGillvary, ProSe
#1222665/SBI#102317GNJSP
PO Box 861, Trenton, NJ08625

3