CALEB L. MCGILLVARY
#1222665/SBI#1023176 NJSP
PO BOX 861 TRENTON, NJ 08625

FEBRUARY 12, 2025

CLERK, USDC-D.DE
844 N. KING ST. UNIT 18
WILMINGTON, DE 19801

    RE: MCGILLVARY V. GRANDE
    CIVIL ACTION NO. 1:22-CV-01342-JLH
    HON. JENNIFER L. HALL, USDJ.

DEAR CLERK:

    PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET & FORWARD TO THE US MARSHAL MY UPDATED USM-285 FOR DEFENDANT TODD GRANDE IN THE ABOVE-CAPTIONED MATTER.

        THANK YOU,

        CALEB L. MCGILLVARY
        IN PROPRIA PERSONA



FILED
FEB 20 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE