IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALEB L. MCGILLVARY | : C.A. No. 1:22-cv-01342-RGA |
| Plaintiff, | : |
| | : JURY TRIAL of 12 DEMANDED |
| v. | : |
| TODD GRANDE | : |
| Defendant, | : |

**DEFENDANT TODD GRANDE'S MOTION TO QUASH PLAINTIFF'S FEBRUARY 20, 2025, ATTEMPT TO SERVE DEFENDANT AS UNTIMELY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(m) AND VIOLATIVE OF THIS COURT'S FEBRUARY 7, 2025 COURT ORDER**

**NOW HERE COMES**, Todd Grande ("Defendant") by and through undersigned counsel moves this Honorable Court to quash Plaintiff's February 20, 2025, attempt to direct the Marshall's to attempt service on Defendant via Form USM-285 as violative of this Court's February 7, 2025, Order and untimely and offers in support thereof:

1. On February 7, 2025, Your Honor issued an Order granting in part Plaintiff's Motion for Extension of Time to Serve Defendant Pursuant to Federal Rules of Civil Procedure 4(m) stating that Plaintiff's motion was GRANTED to the extent that it was intended as a motion to accept Plaintiff's late submission of Form USM-285 which the Court received on December 20, 2024. (See DI 68).

2. Despite this clear directive from the Court, on February 20, 2025, Plaintiff filed correspondence and a Form USM-285 directing the U.S. Marshall's to again attempt service on Defendant Todd Grande. (See DI 69). On February 21, 2025, the Form USM-285 was sent by the Prothonotary's office to the U.S. Marshall's directing service.

1

    3.       Federal Rule of Civil Procedure 4(m) states in pertinent part:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the 4 time for service for an appropriate period.

    4.       Plaintiff's latest attempt at service is clearly beyond the 120 days prescribed in Rule 4. More importantly, it is a blatant disregard of this Court's February 7, 2025, Order and waste of judicial resources.

**WHEREFORE**, Defendant, Todd Grande, respectfully requests that this attempt to serve be quashed as untimely and violative of this Court's February 7, 2025 Order.

                                  **Weber Gallagher Simpson Stapleton Fires & Newby LLP**

                                  */s/ Krista E. Shevlin*
                                  Krista E. Shevlin, Esquire (ID# 4526)
                                  2 Penns Way, Ste. 300
                                  New Castle, DE 19720
                                  Phone: 302-221-3290
                                  Fax: 302-221-3295
                                  Email kshevlin@wglaw.com
                                  Attorney for Defendant

Served to:

Caleb L. McGillvary
SBI# 102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625
PRO SE

See certificate of service

Date: 2/21/2025