# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALEB L. MCGILLVARY, | : | C.A. No. 1:22-cv-01342-RGA |
| Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| TODD GRANDE, | : | |
| Defendant | : | |

## PROPOSED ORDER

AND NOW, this Honorable Court, having duly considered Defendant's Motion to Quash and all responses thereto, GRANT Defendant's requested relief.

_____
United States District Judge

Date: _____