#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALEB L. MCGILLVARY, | : | C.A. No. 1:22-cv-01342-RGA |
| Plaintiff | : | |
| | : | JURY TRIAL BY 12 DEMANDED |
| v. | : | |
| TODD GRANDE, | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I, Krista E. Shevlin, Esquire, hereby certifies that on the 21st day of February, 2025, the foregoing document, **DEFENDANT'S MOTION TO QUASH PLAINTIFF'S FEBRUARY 20, 2025 ATTEMPT TO SERVICE DEFENDANT AS UNTIMLEY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(m) AND VIOLATIVE OF THIS COURT'S FEBRUARY 7, 2025 COURT ORDER** filed through the CM/ECF System, that a paper copy will be sent via Certified Mail, Return Receipt Requested to the below referenced non-registered participant:

Caleb L. McGillvary
SBI# 102317G
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625
*PRO SE*

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP**

*/s/ Krista E. Shevlin*
*Krista E. Shevlin, Esquire (ID# 4526)*
*2 Penns Way, Ste. 300*
*New Castle, DE 19720*
*Phone: 302-221-3290*
*Fax: 302-221-3295*
*Email kshevlin@wglaw.com*
*Attorney for Defendant*