**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-1324

Caleb McGillvary v. Todd Grande

(U.S. District Court No.: 1:22-cv-01342)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. No action will be taken on the Motion to Remand or the Motion to Dismiss Appeal filed by Appellant. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 10, 2026
GCH/cc: Randall C. Lohan
Caleb L. McGillvary
Krista E. Shevlin, Esq.

SEAL OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate